UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. KIRKHAM, | CASE NO. C05-1274-RSM-MAT |
| Plaintiff, | |
| v. | ORDER CONTINUING STAY |
| J.I. BELFORD, Detective, King County Sheriff's Office, | |
| Defendant. | |

This is a civil rights action filed under 42 U.S.C. § 1983. On October 14, 2005, this Court Ordered that the instant action be stayed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), and *Gilbertson v. Albright*, 381 F.3d 965 (9th Cir. 2004), pending notification from the parties that plaintiff's criminal proceedings had been fully resolved in the state courts. On April 28, 2008, this Court issued an Order directing the parties to update the Court on the status of plaintiff's criminal proceedings. In response thereto, the parties advised the Court that the Washington Court of Appeals has affirmed plaintiff's conviction, but plaintiff's petition for review remains pending in the Washington Supreme Court.

Based upon the foregoing, the Court does hereby ORDER as follows:

ORDER CONTINUING STAY
PAGE -1

(1)     The previously issued stay will remain in effect pending resolution of plaintiff's criminal case. The parties are directed to notify the Court when plaintiff's criminal proceedings have been fully resolved in the state courts.

(2)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Ricardo S. Martinez.

DATED this 19th day of June, 2008.

Mary Alice Theiler
United States Magistrate Judge

ORDER CONTINUING STAY
PAGE -2