UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. KIRKHAM, | CASE NO. C05-1274-RSM-MAT |
| Plaintiff, | |
| v. | |
| J.I. BELFORD, Detective, King County Sherriff's Office, | ORDER GRANTING DEFENDANT'S MOTION TO LIFT THE STAY AND DIRECTING DEFENDANT TO FILE AN ANSWER |
| Defendant. | |

This is a civil rights action filed under 42 U.S.C. § 1983. On October 14, 2005, this Court ordered that the instant action be stayed pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), and *Gilbertson v. Albright*, 381 F.3d 965 (9th Cir. 2004), pending notification from the parties that plaintiff's criminal proceedings had been fully resolved in the state courts. On June 19, 2008, this Court issued an Order continuing the stay as plaintiff's direct appeal remained pending at that time. Defendants now seek an order lifting the stay because plaintiff's state criminal proceedings have concluded. Plaintiff has not filed any response to defendant's motion to lift the stay.

The Court, having reviewed defendant's motion, and the balance of the record, does

hereby ORDER as follows:

(1) Defendant's motion to lift the stay (Dkt. 21) is GRANTED;

(2) Defendant is directed to file and serve an answer to plaintiff's complaint within thirty (30) days of the date on which this Order is signed; and

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Ricardo S. Martinez.

DATED this <u>15th</u> day of June, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

ORDER GRANTING DEFENDANT'S MOTION TO LIFT THE
STAY AND DIRECTING DEFENDANT TO FILE AN ANSWER
PAGE -2