UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RICHARD A. KIRKHAM, | ) | CASE NO. C05-1274-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| J.I. BELFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed plaintiff's complaint, defendant's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion for summary judgment (Dkt. 25) is GRANTED;

(3) Plaintiff's complaint and this action are DISMISSED without prejudice; and

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 16 day of November, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1